# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER E. KOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. CIV-15-811-HE |
| | ) |
| JOHN CARLISLE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a state prisoner appearing *pro se* and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act alleging violations of his religious rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Bernard M. Jones for initial proceedings. Defendants filed a motion for summary judgement to which plaintiff failed to respond. Judge Jones has issued a Report and Recommendation (the "Report") recommending that defendants' motion be granted.

Plaintiff has failed to object to the Report. Plaintiff thereby waives his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010); *see also* 28 U.S.C. § 636(b)(1)(C). Further, the court, substantially agrees with the Report that defendants are entitled to judgment as a matter of law as to all of plaintiff's claims.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #41]. Defendants' Motion for Summary Judgment [Doc. #40] is **GRANTED.**

**IT IS SO ORDERED**.

Dated this 30th day of January, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE